SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 MAY 20 PM 4:17
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ARASH PATRICK RASTI, and
RODOLFO PEREZ,

Defendants.

8:21CR151

INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1) & (b)(1)
18 U.S.C. § 924(c)(1)(A)

The Grand Jury Charges:

COUNT I

On or about February 17, 2021, in the District of Nebraska, the defendants, ARASH PATRICK RASTI, and RODOLFO PEREZ, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

COUNT II

On or about February 17, 2021, in the District of Nebraska, ARASH PATRICK RASTI, and RODOLFO PEREZ, defendants herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

COUNT III

On or about February 17, 2021, in the District of Nebraska, Defendants ARASH PATRICK RASTI, and RODOLFO PEREZ did knowingly use and carry a firearm, to wit: a.Taurus Model PT111 Millennium G2 9mm handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendants may be prosecuted in a court of the United States, that is, the offenses described in Counts I and II.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

PATRICK C. McGEE
Special Assistant United States Attorney