IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ARASH PATRICK RASTI,<br><br>      Defendant. | 8:21-CR-151<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation (Filing 32) recommending the Court deny Defendant's Motion to Dismiss Count III of the Indictment (Filing 26) and give the government fourteen (14) days to elect under which prong of 18 U.S.C. § 924(c)(1)(A) it wishes to proceed against Defendant. No party has objected.

  28 U.S.C. § 636(b)(1) requires de novo review "only when a party objected to the magistrate's findings and recommendations." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) (quoting *Peretz v. United States*, 501 U.S. 923, 939 (1991)). "[T]he failure to file objections eliminates not only the need for de novo review, but any review by the district court." *Id.* at 620. Furthermore, the Magistrate Judge advised the parties, pursuant to NECrimR 59.2, that any objection must be filed within fourteen days and "[f]ailure to timely object may constitute a waiver of any such objection." Filing 32 at 5. Because no party has objected, any objections are waived, and the Court will adopt the Magistrate Judge's Findings and Recommendation (Filing 32). Accordingly,

IT IS ORDERED:

  1. The Magistrate Judge's Findings and Recommendation, Filing 32, is adopted;

  2. Defendant's Motion to Dismiss Count III of the Indictment, Filing 26, is denied;

1

3. The government shall have fourteen (14) days from today's date to provide notice of under which prong of 18 U.S.C. § 924(c)(1)(A) it will pursue its case against Defendant; and

4. The Clerk of Court is ordered to terminate the pending motions at Filing 26 and Filing 32.

Dated this 1st day of September, 2021.

>BY THE COURT:
>
>_____
>Brian C. Buescher
>United States District Judge