IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ARASH PATRICK RASTI,  )<br>RODOLFO PEREZ,  )<br>  )<br>         Defendants.  ) | 8:21CR151<br><br>ORDER |

This matter is before the court on defendant, Rodolfo Perez's Unopposed Motion to Continue Trial [46]. On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.

Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [46] is granted, as follows:

1. The jury trial, **for both defendants**, now set for December 7, 2021, is continued to **February 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: November 22, 2021**

                                                              **BY THE COURT:**

                                                              **s/ Susan M. Bazis**
                                                              **United States Magistrate Judge**